*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, LAWRENCE, and BAKER
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Joshua J. EISENMANN**
Private First Class (E-2), U.S. Marine Corps
Appellant

**No. 202000002**

Decided: 27 October 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Keaton H. Harrell (arraignment)
K. Scott Woodard (trial)

Sentence adjudged 30 August 2019 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 12 months, reduction to E-1, and a bad-conduct discharge.[1]

For Appellant:
*Lieutenant Commander Erin L. Alexander, JAGC, USN*

---

[1] In accordance with the pretrial agreement, the convening authority suspended all confinement awarded in excess of time served.

Opinion of the Court

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice, arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court